UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:16-cv-0455-PJG | 11/02/2016 | 11:02 AM - 12:15 PM | Grand Rapids | Phillip J. Green |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| John Garber | Mitchell Deisch et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Jamil Akhtar | Plaintiff |
| Sandy Densham | Defendants Mitchell Deisch, David Bachman, Edward Bradford, Jeffrey Mikula and Manistee, City of |
| Allan C. Vander Laan | Defendant Paul R. Spaniola |

**PROCEEDINGS**

**NATURE OF HEARING:** Motion Hearing re ECF No. 23 held; Motion taken under advisement

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema