UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GARBER,                          )
                                      )
                                      )
            Plaintiff,                )      Case No. 1:16-cv-00455
                                      )
v.                                    )      Honorable Phillip J. Green
                                      )
MITCHELL DEISCH, et al.               )      **JUDGMENT**
                                      )
            Defendants.               )
_____       )

        For the reasons set forth in the accompanying Opinion,

        **IT IS ORDERED** that defendants' motions for summary judgment (ECF No.

42, 46) are **GRANTED**.  Plaintiff's motion to amend the complaint (ECF No. 35) is

**DENIED**.


Dated: March 27, 2018             /s/ Phillip G. Green
                                  PHILLIP J. GREEN
                                  United States Magistrate Judge